# Morgan Lewis

**Michael J. Puma**
Partner
+1.215.963.5000
Michael.puma@morganlewis.com

July 18, 2025

**VIA ECF AND EMAIL**

Hon. Susan E. Schwab, Magistrate Judge
Hon. Daryl F. Bloom, Chief Magistrate Judge
United States District Court for the Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA  18503
magistrate_judge_schwab@pamd.uscourts.gov
magistrate_judge_bloom@pamd.uscourts.gov

**Re:    *Benjamin Stoffel, Cheryl Malovic, and Jennifer Gurdock v. The Hershey Company;* No. 1:23-cv-01408**

Dear Judges Schwab and Bloom:

As counsel for Defendant The Hershey Company ("Hershey") and counsel for one of the three Plaintiffs in the above-referenced action, Plaintiff Cheryl Malovic, we write to advise you that Ms. Malovic and Hershey have reached an agreement to resolve Ms. Malovic's claims.  The Parties are in the process of finalizing and executing the settlement agreement.   Upon completion of the settlement, the parties respectfully request that Plaintiff Malovic's claims in the above-captioned action be dismissed in their entirety with prejudice.  Accordingly, with consent of Ms. Malovic's counsel, and in accordance with the parties' agreement, Hershey will file a signed stipulation to dismiss Ms. Malovic's claims in this case, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), upon the final execution of settlement documents.  The parties further request that the Settlement Conference scheduled with Judge Bloom on July 22, 2025 be cancelled.

With respect to Benjamin Stoffel, another Plaintiff in the above-referenced case, the Parties are working to schedule a private mediation to see if they can resolve his claims.  Additionally, with respect to Jennifer Gurdock, the final Plaintiff in this case, the Parties are exploring whether they can revisit settlement following a prior settlement conference with Judge Bloom.

Thank you for your time and attention.

Respectfully Submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

**Morgan, Lewis & Bockius LLP**

2222 Market Street
Philadelphia, PA  19103-3007
United States
☎ +1.215.963.5000
🖷 +1.215.963.5001

BY: _/s/ Michael J. Puma_
      Michael J. Puma, PA No. 94463
      2222 Market Street
      Philadelphia, PA 19103-3007
      Phone: (215) 963-5000
      michael.puma@morganlewis.com

      *Attorneys for Defendant*

**LAW OFFICE OF ANDREW H. SHAW, P.C.**

BY: _/s/ Andrea L. Shaw_
      Andrea L. Shaw
      2011 W. Trindle Road
      Carlisle, PA 17013
      andrea@ashawlaw.com

      *Attorney for Plaintiffs*