IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENJAMIN STOFFEL, *et al.*, | : | Civil No. 1:23-cv-01408 |
| Plaintiffs, | : | |
| v. | : | (Magistrate Judge Schwab) |
| THE HERSHEY COMPANY, | : | |
| Defendant. | : | |

# **ORDER**
September 15, 2025

By a status report dated July 18, 2025 (*doc. 51*), the parties informed the court that upon completion of the settlement between Plaintiff Malovic and the defendant, a stipulation of dismissal would be filed. To date, no such stipulation of dismissal has been filed. Via the status report, the parties also informed the court that they were working to schedule a private mediation regarding Plaintiff Stoffel's claims, and they were exploring whether to revisit settlement discussions regarding Plaintiff Gurdock's claims. We have not heard anything further regarding those issues.

Considering the foregoing, **IT IS ORDERED** that on or before **September 29, 2025**, the parties shall file another joint report regarding the status of the case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge