# Morgan Lewis

**Michael J. Puma**
Partner
+1.215.963.5000
Michael.puma@morganlewis.com

December 1, 2025

**VIA ECF**

Hon. Susan E. Schwab, Magistrate Judge
United States District Court for the Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102
magistrate_judge_schwab@pamd.uscourts.gov

**Re:** ***Benjamin Stoffel, Cheryl Malovic, and Jennifer Gurdock v. The Hershey Company;*** **No. 1:23-cv-01408**

Dear Judge Schwab:

As counsel for Defendant The Hershey Company ("Hershey") and counsel for one of the three Plaintiffs in the above-referenced action, Plaintiff Benjamin Stoffel, we write pursuant to this Court's Order, ECF No. 54, to advise you that Mr. Stoffel and Hershey have reached an agreement to resolve Mr. Stoffel's claims. The Parties are in the process of finalizing and executing the settlement agreement. Upon completion of the settlement, the parties respectfully request that Mr. Stoffel's claims in the above-captioned action be dismissed in their entirety with prejudice. Accordingly, with consent of Mr. Stoffel's counsel, and in accordance with the parties' agreement, Hershey will file a signed stipulation to dismiss Mr. Stoffel's claims in this case, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), upon the final execution of settlement documents.

With respect to Jennifer Gurdock, the final Plaintiff in this case, the Parties are continuing settlement discussions in good faith to attempt to resolve her claims. The Parties request that the case deadlines remain stayed to permit these discussions, for which the Parties will provide a status update to the Court by February 1, 2026.

Thank you for your time and attention.

Respectfully Submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

BY: */s/ Michael J. Puma*
Michael J. Puma, PA No. 94463
2222 Market Street
Philadelphia, PA 19103-3007
Phone: (215) 963-5000
michael.puma@morganlewis.com

Morgan, Lewis & Bockius LLP

2222 Market Street
Philadelphia, PA  19103-3007          T +1.215.963.5000
United States                          F +1.215.963.5001

*Attorneys for Defendant*

**LAW OFFICE OF ANDREW H. SHAW, P.C.**

BY: */s/ Andrea L. Shaw*
    Andrea L. Shaw
    2011 W. Trindle Road
    Carlisle, PA 17013
    andrea@ashawlaw.com

*Attorney for Plaintiffs*