# Morgan Lewis

**Ali M. Kliment**
Partner
+1.215.963.5000
ali.kliment@morganlewis.com

January 21, 2026

**VIA ECF**

Hon. Susan E. Schwab, Magistrate Judge
United States District Court for the Middle District of Pennsylvania
1501 North 6th Street
Harrisburg, PA 17102
magistrate_judge_schwab@pamd.uscourts.gov

**Re:** *Benjamin Stoffel and Jennifer Gurdock v. The Hershey Company;* No. 1:23-cv-01408

Dear Judge Schwab:

As counsel for Defendant The Hershey Company ("Hershey") and counsel for Plaintiffs (collectively, the "Parties") in the above-referenced action, we write pursuant to this Court's Order, ECF No. 61, to advise you that the Parties are finalizing the terms of the settlement agreement between Hershey and Mr. Stoffel and expect to execute the agreement promptly. Upon execution of that agreement, Hershey will file a signed stipulation, with consent of Mr. Stoffel's counsel, to dismiss Mr. Stoffel's claims in this case, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

With respect to Ms. Gurdock, Ms. Gurdock and Hershey have agreed to private mediation, which is scheduled to take place on May 15, 2026, one of the first available dates for the Parties' selected mediator. Accordingly, the Parties respectfully request that the proceedings remain stayed so that the Parties can focus their efforts on a resolution. The Parties will provide a joint status report regarding the outcome of mediation on or before **May 25, 2026**.

Thank you for your time and attention.

Respectfully Submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

BY: */s/ Ali M. Kliment*
Ali M. Kliment
2222 Market Street
Philadelphia, PA 19103-3007
Phone: (215) 963-5000
ali.kliment@morganlewis.com

*Attorneys for Defendant*

**LAW OFFICE OF ANDREW H. SHAW, P.C.**

Morgan, Lewis & Bockius LLP

2222 Market Street
Philadelphia, PA  19103-3007        ☏ +1.215.963.5000
United States                       ☏ +1.215.963.5001

2

        BY: */s/ Andrea L. Shaw*
            Andrea L. Shaw
            2011 W. Trindle Road
            Carlisle, PA 17013
            andrea@ashawlaw.com

            *Attorney for Plaintiffs*