**THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JENNIFER GURDOCK<br><br>     Plaintiff,<br><br>    v.<br><br>THE HERSHEY COMPANY,<br><br>     Defendant. | Civil Action No. 1:23-cv-01408 |

**JOINT STATUS REPORT**

Based upon the Court's January 26, 2026 Order (ECF No. 63), Defendant The Hershey Company and Plaintiff Jennifer Gurdock (collectively, the "Parties"),[1] by and through their undersigned counsel, jointly submit the following Status Report:

1. Defendant and Gurdock participated in a private mediation with Michael Russell on May 15, 2026.

2. The Parties were unable to reach an amicable resolution at mediation.

3. The Parties do not believe that further settlement negotiations will be productive at this time.

4. Accordingly, the Parties respectfully request that the Court schedule a status conference so that the Court and the Parties can discuss new fact discovery,

---

[1] The other two Plaintiffs who initially filed this case along with Gurdock, Cheryl Malovic and Benjamin Stoffel, have been dismissed with prejudice following resolution of their claims.

expert discovery, and dispositive motion deadlines, as well as pending motions that have yet to be decided due to the Parties' requested stay.

Dated:  May 21, 2026

Respectfully submitted,

*/s/ Andrea L. Shaw*
Andrea L. Shaw
2011 W. Trindle Road
Carlisle, PA 17013
andrea@ashawlaw.com

*Attorney for Plaintiffs*

*/s/ Ali M. Kliment*
Michael S. Burkhardt, PA ID No. 68072
Ali M. Kliment (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA  19103-2921
Telephone:  +1.215.963.5000
Facsimile:   +1.215.963.5001
michael.burkhardt@morganlewis.com
ali.kliment@morganlewis.com

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I, Ali M. Kliment, hereby certify that a true and correct copy of the foregoing was filed electronically on May 21, 2026, and is available to all counsel of record for viewing and downloading from the ECF system.

*/s/ Ali M. Kliment*
Ali M. Kliment